180 So. 116

### Bert MAXEY v. STATE.

#### 7 Div. 383.

Court of Appeals of Alabama.

March 8, 1938.

Rehearing Denied March 22, 1938.

Motley & Motley and L. B. Rainey, all of Gadsden, for appellant.

A. A. Carmichael, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.

The points of decision involved upon this appeal are identical to the questions considered and decided by this court in the case of George Mastoras v. State, 180 So. 113.[1] Upon authority of Mastoras v. State, supra, the judgment of conviction from which this appeal was taken is reversed and the cause remanded.

Reversed and remanded.

180 So. 116

### Gay HUFFMAN v. STATE.

#### 7 Div. 341.

Court of Appeals of Alabama.

March 8, 1938.

Rehearing Denied March 22, 1938.

Motley & Motley, of Gadsden, for appellant.

A. A. Carmichael, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.

The points of decision involved upon this appeal are identical to the questions considered and decided by this court in the case of George Mastoras v. State, 180 So. 113.[1] Upon authority of Mastoras v. State, supra, the judgment of conviction from which this appeal was taken is reversed and the cause remanded.

Reversed and remanded.

180 So. 123

### Jesse McGEE v. STATE.

#### 7 Div. 382.

Court of Appeals of Alabama.

Feb. 22, 1938.

Rehearing Denied March 8, 1938.

Motley & Motley, of Gadsden, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.

The points for decision in this case appear to be in all respects similar to those involved in the case of George Mastoras v. State, Ala.App., 180 So. 113,[1] this day decided; and the controlling facts are the same in the two cases.

We are satisfied with what has been said by Judge Samford in disposing of the Mastoras Case; and, upon the authority of the decision in that case, the judgment here appealed from is reversed, and the cause remanded.

Reversed and remanded.

[1] Ante, p. 123.